IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CARTARVIS A JORDAN, | * |
| Plaintiff, | * |
| v. | Case No. 5:21-cv-00137-MTT-TQL |
| | * |
| CO2 TACTICAL OFFICER HAMILTON, et al., | * |
| Defendants. | * |
| | * |

## JUDGMENT

Pursuant to this Court's Order dated June 22, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 23rd day of June, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk